NUMBER 13-04-549-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

IN RE GREAT OAKS HOLDING, L.L.C. AND DON KENNEDY 
__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Garza, and Wittig


 
Per Curiam Memorandum Opinion




         Relators, Great Oaks Holding, L.L.C. and Don Kennedy, filed a motion for
emergency temporary relief and petition for writ of mandamus in the above cause on
October 18, 2004. That same day, the Court granted the motion for emergency
temporary relief, stayed the trial court’s October 15, 2004, order requiring the
production of documents, and requested a response from the real parties in interest. 
         The Court, having examined and fully considered the petition for writ of
mandamus and the response, is of the opinion that relators have not shown
themselves entitled to the relief sought and the petition for writ of mandamus should
be denied. See Tex. R. App. P. 52.8. Accordingly, the stay is hereby ordered LIFTED. 
The petition for writ of mandamus is DENIED. Relators’ request for oral argument is
DENIED.
         In reviewing the pleadings and evidence pertaining to this proceeding, we note
that the trial court’s oral ruling on request for production number nine, as stated during
the hearing on the motion to compel, conflicts with its written ruling in the order
granting the motion to compel. We request that the trial court reconsider its ruling on
request for production number nine given the parties’ stipulations and arguments
below. 
                                                                         PER CURIAM


Memorandum Opinion delivered and filed
the 2nd of November, 2004.